IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE LAWRENCE, on behalf of herself and all others similarly situated | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| L.A. FITNESS INTERNATIONAL, LLC | : | NO. 08-679 |

## ORDER

**AND NOW**, this 7th day of July, 2009, upon consideration of Plaintiff's Motion for an Award of Attorneys' Fees and Costs (Docket No. 31), and the parties' "Stipulation of No Opposition to Award of Agreed Upon Amount of Attorneys' Fees and Reimbursement of Expenses" (Docket No. 34), and after a hearing on June 23, 2009, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART**, as stipulated by the parties. Plaintiff's counsel is awarded attorneys' fees in the amount of $200,000.00, and costs in the amount of $9,514.62. Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.